# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 1, 2024

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2746
>
> Caption:
> FRANK MARSHALL and VICKI MARSHALL,
>     Plaintiffs - Appellants
>
> v.
>
> WISCONSIN ELECTIONS COMMISSION, et al.,
>     Defendants - Appellees
>
> District Court No: 1:24-cv-01095-WCG
> District Judge William C. Griesbach
> Clerk/Agency Rep Gina M. Colletti
>
> Date NOA filed in District Court: 09/30/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)